Clarence L. CAGLE, Petitioner,

v.

**UNITED STATES FIDELITY & GUAR-
ANTY COMPANY, Respondent.**

No. A–10636.

Supreme Court of Texas.

April 21, 1965.

Rehearing Denied May 19, 1965.

Herrick & Tillman, Fort Worth, for petitioner.

Brown, Day & Crowley, Fort Worth, for respondent.

PER CURIAM.

We are not in accord with the holding of the Court of Civil Appeals that Clarence L. Cagle was judicially estopped by former inconsistent testimony. However, the trial court correctly granted judgment notwithstanding the verdict, and the Court of Civil Appeals properly affirmed the judgment. 386 S.W.2d 149. The application for a writ of error is therefore refused, no reversible error.